# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-1958
_____

United States of America

*Plaintiff - Appellee*

v.

Jessica Rochelle Peters

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: January 20, 2026
Filed: January 27, 2026
[Unpublished]
_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Jessica Peters appeals the below-Guidelines sentence the district court[1] imposed after she pleaded guilty to child pornography offenses.  Her counsel has

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

moved for leave to withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence. Peters has moved for appointment of new counsel.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard; discussing substantive reasonableness); <u>United States v. McCauley</u>, 715 F.3d 1119, 1127 (8th Cir. 2013) (noting when a district court has varied below the Guidelines range, it is "nearly inconceivable" that the court abused its discretion by not varying downward further). In addition, having independently reviewed the record pursuant to <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no non-frivolous issues for appeal. Accordingly, we affirm the judgment, grant counsel's motion to withdraw, deny Peters's motion for new counsel, and deny any further extension of time to file a supplemental brief.

_____